# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  Litvack, Jack  
Litvack, Cheri  
Debtors  

§  
§  
§  
§  

Case No. 06 B 07921

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2006.

2) The plan was confirmed on 01/22/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/27/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 06/27/2011.

6) Number of months from filing or conversion to last payment: 59.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $4,280.00.

10) Amount of unsecured claims discharged without full payment: $159,568.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $81,000.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$81,000.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,774.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $4,606.79 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,380.79** |

Attorney fees paid and disclosed by debtor    $726.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | NA | $4,678.14 | $4,678.14 | $4,678.14 | $0 |
| Chrysler Financial Services Americas | Secured | NA | $18,636.66 | $18,636.66 | $0 | $0 |
| Chrysler Financial Services Americas | Secured | NA | $18,745.41 | $18,745.41 | $0 | $0 |
| ADT Security Systems | Unsecured | $0 | NA | NA | $0 | $0 |
| American Express Centurion | Unsecured | $64,000.00 | $30,992.73 | $30,992.73 | $13,259.65 | $0 |
| American Express Travel Relate | Unsecured | NA | $23,626.69 | $23,626.69 | $10,108.15 | $0 |
| American Express Travel Relate | Unsecured | NA | $6,161.96 | $6,161.96 | $2,636.45 | $0 |
| Armor Systems Corporation | Unsecured | $90.00 | NA | NA | $0 | $0 |
| Baker & Miller PC | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $8,567.81 | NA | NA | $0 | $0 |
| BP Oil Co | Unsecured | $908.45 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $2,653.00 | $2,827.26 | $2,827.26 | $1,209.54 | $0 |
| Capital One | Unsecured | $399.00 | $106.21 | $106.21 | $45.44 | $0 |
| Capital Recovery Systems | Unsecured | $178.68 | $185.41 | $185.41 | $79.32 | $0 |
| Chrysler Financial Services Americas | Unsecured | $0 | $11,258.89 | $11,258.89 | $4,816.62 | $0 |
| Circuit Court of Cook County | Unsecured | $808.00 | NA | NA | $0 | $0 |
| David Hafft & Co | Unsecured | $650.00 | $650.00 | $650.00 | $278.07 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dependon Collection Service | Unsecured | $625.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $13,909.58 | $16,687.49 | $16,687.49 | $7,139.42 | $0 |
| ECast Settlement Corp | Unsecured | $2,341.27 | $3,053.20 | $3,053.20 | $1,306.33 | $0 |
| ECast Settlement Corp | Unsecured | $0 | $6,165.78 | $6,165.78 | $2,638.01 | $0 |
| FDS National Bank - Bloomingdales | Unsecured | $1,968.19 | $1,187.33 | $1,187.33 | $508.02 | $0 |
| Federated Retail Holdings Inc | Unsecured | NA | $15,472.13 | $15,472.13 | $6,619.67 | $0 |
| General Revenue Corp | Unsecured | NA | $1,800.00 | $1,800.00 | $0 | $0 |
| Harris & Harris | Unsecured | $5,632.18 | NA | NA | $0 | $0 |
| HFC | Unsecured | NA | $5,275.45 | $5,275.45 | $0 | $0 |
| Hochstadter Oral Surgery | Unsecured | $378.75 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $564.80 | $564.80 | $241.62 | $0 |
| Marshall Field & Company | Unsecured | $13,391.37 | NA | NA | $0 | $0 |
| MBNA | Unsecured | $1,108.00 | $3,239.85 | $3,239.85 | $0 | $0 |
| Neiman Marcus Co | Unsecured | $7,097.86 | NA | NA | $0 | $0 |
| Nordstrom | Unsecured | $9,572.63 | $10,423.47 | $10,423.47 | $0 | $0 |
| Nordstrom | Unsecured | $34,925.82 | $37,868.20 | $37,868.20 | $16,201.91 | $0 |
| North Suburban | Unsecured | $403.33 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $16,006.63 | $16,006.63 | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $588.63 | NA | NA | $0 | $0 |
| Safeway | Unsecured | $1,533.60 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | NA | $3,400.00 | $3,400.00 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $6,500.00 | $6,500.00 | $0 | $0 |
| Shell Credit Card | Unsecured | $142.98 | NA | NA | $0 | $0 |
| Tom Johnson | Unsecured | NA | $6,484.91 | $6,484.91 | $2,774.55 | $0 |
| United Collection Bureau Inc | Unsecured | NA | $183.00 | $183.00 | $78.30 | $0 |
| Volvo Finance NA Inc | Unsecured | $0 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $37,382.07 | $0 | $0 |
| All Other Secured | $20,215.30 | $0 | $0 |
| **TOTAL SECURED:** | $57,597.37 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $4,678.14 | $4,678.14 | $0 |
| **TOTAL PRIORITY:** | $4,678.14 | $4,678.14 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $189,906.09 | $69,941.07 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,380.79 |
| Disbursements to Creditors | $74,619.21 |
| **TOTAL DISBURSEMENTS:** | $81,000.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: March 20, 2012        By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.